**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03467-CMA-NYW

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

GREGORY M. PRUSA,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Motion for Entry of Final Judgment (Doc. # 8) entered by United States District Judge Christine M. Arguello, on January 21, 2020, it is

    ORDERED that Plaintiff's Motion for Entry of Judgment (Doc. # 7) is GRANTED. It is

    FURTHER ORDERED that The Securities and Exchange Commission's Final Order, entered on July 17, 2019, is enforced.  It is

    FURTHER ORDERED That Defendant Prusa shall pay the civil money penalty of $25,000, plus outstanding interest pursuant to 31 U.S.C. § 3717 until entry of this Judgment, together with post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of the entry of this Judgment until the money penalty is paid in full.  It is

    FURTHER ORDERED Defendant Prusa shall cease and desist from committing or causing any violations and any future violations of Sections 203A, 206(1), 206(2),

206(4), and 207 of the Advisers Act, and Rule 206(4)-8 thereunder. Defendant Prusa is further barred from association with any broker, dealer, investment adviser, municipal securities dealer, municipal advisor, transfer agent, or nationally recognized statistical rating organization.  Defendant Prusa is also prohibited from serving or acting as an employee, officer, director, member of an advisory board, investment adviser or depositor, or principal underwriter for a registered investment company or affiliated person of such investment adviser, depositor, or principal underwriter.  It is

FURTHER ORDERED that Defendant Prusa shall make payment in one of the following ways:

    a.    Defendant Prusa may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request;

    b.    Defendant Prusa shall make direct payment from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm; or

    c.    Defendant Prusa may pay by certified check, bank cashier's check, or United States postal money order, made payable to the Securities and Exchange Commission and hand-delivered or mailed to:

        Enterprise Services Center
        Accounts Receivable Branch
        HQ Bldg., Room 181, AMZ-341
        6500 South MacArthur Boulevard
        Oklahoma City, OK 73169

Payments by check or money order must be accompanied by a cover letter identifying Mr. Prusa as Defendant in this action, the name of this Court, and the docket number of this action (No.19-cv-03467-CMA-NYW, United States District Court for the District of Colorado).  A copy of the cover letter and check or money order must be sent to:

> Michael J. Roessner
> Securities and Exchange Commission
> 100 F Street, NE, Mail stop 5631
> Washington, D.C. 20549-0022

Upon such payments being fully made, the Commission will provide Defendant Prusa with a full satisfaction of judgment and discharge any judgment lien it may have docketed.

It is

Further ordered that the Court may order such relief as may be necessary for enforcement of any order of this Court as to the civil monetary penalty pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001–3308.  It is

FURTHER ORDERED that the Court shall retain jurisdiction over this matter for the purposes of enforcing the terms of this Judgment. Post-Judgment interest shall accrue pursuant to 28 U.S.C. § 1961.  It is

FURTHER ORDERED that Final Judgment Is entered in favor of Plaintiff United States Securities and Exchange Commission and against Defendant Gregory M. Prusa.

DATED:  January 21, 2020.

                              FOR THE COURT:
                              Jeffrey P. Colwell, Clerk


                              By:     s/S. West
                                        S. West, Deputy Clerk

4